**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                         **ORDER**
                                           Criminal File No. 06-211 (MJD/AJB)

(3) ERIC ROBERT HARGROVE.
a/k/a E(3),

      Defendant.

Jeffery S. Paulson, Assistant United States Attorney, Counsel for Plaintiff.

Gary Bryant-Wolf, Counsel for Defendant.

      The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated September 6, 2006.  Since Judge Boylan signed the warrants at issue in this motion, the Report and Recommendation is based on a four corners review of the search warrants conducted by Magistrate Judge Susan R. Nelson, although the Report and Recommendation is signed by Judge Boylan.  [Doc. No. 69 at 1 n.1.] Defendant has filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  <u>See</u> 28 U.S.C. § 636(b)(1); D. Minn. L. R. 72.1(c).  Based on that review the Court adopts the Report and Recommendation dated September 6, 2006.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Magistrate Judge's Report and Recommendation dated September 6, 2006 [Docket No. 69] is hereby **ADOPTED**.

2. Defendant's Motion to Suppress Evidence Seized Pursuant to Search Warrant [Docket No. 53] is **DENIED**.

Dated: October 26, 2006                    s / Michael J. Davis
                                           Judge Michael J. Davis
                                           United States District Court